

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

| | |
|---|---|
| *86 Chambers Street*<br>*New York, New York 10007* | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/6/2026 |

July 2, 2026

**<u>Via ECF</u>**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> **Re:** *Yosepf Batista v. Genalo, et al.*, No. 26 Civ. 5408 (MKV)

Dear Judge Vyskocil:

This Office represents Respondents in this action brought by Alejandro Yosepf Batista ("Petitioner"), who seeks a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner filed the Petition on June 25, 2026, and an Amended Petition on June 30, 2026. ECF Nos. 1, 8. The Government's response to the Amended Petition is currently due July 3, 2026, and Petitioner's reply is due July 7, 2026. ECF No. 7.

With Petitioner's consent, I respectfully request an extension of time for Respondents to file their response to the Amended Petition, from July 3, 2026, to July 7, 2026. This Office requires additional time to ensure that it has all the information necessary to address the claims raised in the Amended Petition. The requested extension would permit this Office to continue obtaining information from, and conferring with, Respondents regarding the Amended Petition, and allow Respondents to prepare their response. We further respectfully request that Petitioner's deadline to file a reply be extended to Friday, July 10, 2026. Respondents previously requested one extension of its deadline to respond to Petitioner's original Petition, which the Court granted. *Id.*

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     */s/ Adam Gitlin*
ADAM GITLIN
Assistant United States Attorney
Tel.: (212) 637-2734
E-mail: adam.gitlin@usdoj.gov
*Attorney for the Respondents*

cc: All counsel via ECF

GRANTED. SO ORDERED.

Date: 7/6/2026
New York, New York                    Mary Kay Vyskocil
                                       Mary Kay Vyskocil
                                       United States District Judge