**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Alejandro YOSEPF BATISTA,

Petitioner,

26 **CIVIL** 5408 (MKV)

-against-

**JUDGMENT**

Kenneth GENALO, in his official capacity as Field Office Director of New York, Immigration and Customs Enforcement; Markwayne MULLIN in his official capacity as Secretary of Homeland Security; Todd BLANCHE, in his official capacity as Attorney General.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2026, the Amended Petition is DISMISSED without prejudice. Petitioner may file a renewed petition in the appropriate jurisdiction should he be denied a bond hearing upon request; accordingly, the case is closed.

**DATED:** New York, New York
July 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**