USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2026

August 23, 2026

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Yosepf Batista v. Genalo*, *et al.*, 1:26-cv-05408 (MKV)

Dear Judge Vyskocil,

Petitioner writes to withdraw his motion to alter or amend, filed on August 14, 2026. (ECF No. 17). In Petitioner's bond hearing, which occurred the day before his motion, his counsel ultimately withdrew her motion for bond after a discussion with the immigration judge and the resulting bond order therefore did not find a lack of jurisdiction as to Mr. Yosepf in particular.

Moreover, Mr. Yosepf had an individual hearing on April 21, 2026 at which he was denied relief.

Accordingly, Petitioner seeks to withdraw his motion without prejudice. Respondents consent to this request.

Sincerely,

/s/ Paige Austin
Paige Austin
Make the Road New York
301 Grove St.
Brooklyn, NY 11237

*Counsel for Petitioner*

BROOKLYN
301 GROVE STREET
BROOKLYN, NY 11237
718 418 7690

QUEENS
92-10 ROOSEVELT AVENUE
JACKSON HEIGHTS, NY 11372
718 565 8500

STATEN ISLAND
161 PORT RICHMOND AVENUE
STATEN ISLAND, NY 10302
718 727 1222

LONG ISLAND
1090 SUFFOLK AVENUE
BRENTWOOD, NY 11717
631 231 2220

WESTCHESTER
46 WALLER AVENUE
WHITE PLAINS, NY 10605
914 948 8466

WWW.MAKETHEROADNY.ORG

Petitioner's request to withdraw its motion at ECF No. 17 is GRANTED.

IT IS FURTHER ORDERED that, **on or before August 31, 2026**, Petitioner's counsel shall show cause why they should not be sanctioned for apparent misrepresentations in their motion at ECF No. 17, namely, that Petitioner had a bond hearing where the Immigration Judge "affirmed" that it "does not have jurisdiction to review [Petitioner's] bond request on the merits and set bond." ECF No. 17. Counsel now clarifies that Petitioner's counsel before the Immigration Judge withdrew a motion for bond and thus the Immigration Judge did not find a lack of jurisdiction. Petitioner's counsel shall also explain the assertion in the letter at ECF No. 19 that Petitioner "had an individual hearing on April 21, 2026 at which he was denied relief." As far as the Court understands, Petitioner was detained on June 25, 2026.

The Clerk of Court is respectfully requested to terminate docket entry 17.

SO ORDERED.

Date: 8/24/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge