USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alejandro YOSEPF BATISTA,

Petitioner,

-against-

Kenneth GENALO, in his official capacity as Field Office Director of New York, Immigration and Customs Enforcement; Markwayne MULLIN in his official capacity as Secretary of Homeland Security; Todd BLANCHE, in his official capacity as Attorney General.,

Respondents.

1:26-cv-05408-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Petitioner's letter, [ECF No. 21], in response to this Court's Order to Show Cause. [ECF No. 20]. Having carefully reviewed Petitioner's letter, the Order to Show Cause is discharged.

**SO ORDERED.**

**Date: September 11, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**